**Form 161**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Barbara Sanders** | : | Bankruptcy Case No.: 20–10500–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Adversary Proceeding No.: |
| **Barbara A. Sanders** | : | 20–01033–TPA |
| | : | First Pretrial Hearing: Feb. 3, 2021 at |
| *Plaintiff(s),* | : | 10:30 AM |
| | : | |
| v. | : | |
| **Partners For Payment Relief DE IV, LLC** | : | |
| | : | |
| *Defendant(s).* | : | |

## FIRST PRETRIAL ORDER
## (BANKRUPTCY RULE 7016)

*AND NOW,* **this 30th day of December, 2020,** enclosed are summonses issued to Plaintiff(s) for service to each Defendant.

**SERVICE OF THE SUMMONS, TOGETHER WITH A COPY OF YOUR COMPLAINT AND THIS ORDER SHALL BE MADE WITHIN SEVEN (7) DAYS FROM THE DATE OF ISSUANCE.**

**THE PERSON MAKING SERVICE MUST EXECUTE THE CERTIFICATE OF SERVICE AND FILE THE SAME WITH THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER. FAILURE TO FILE YOUR CERTIFICATE OF SERVICE WHEN DUE WILL RESULT IN THE DISMISSAL OF THIS PROCEEDING.**

If this Adversary Proceeding involves the United States of America or a Federal Agency or Officer as a defendant, you are directed to serve a copy of your complaint, the Summons and this Order upon all of the following:

**(1)** The agency or officer involved.
(The pleading must specifically identify the Federal Agency involved.)

**(2)** Civil Process Clerk
THE UNITED STATES ATTORNEY
633 Joseph F. Weis Jr. United States Courthouse
Pittsburgh, PA 15219–1955

**(3)** THE ATTORNEY GENERAL OF THE UNITED STATES
CIVIL DIVISION, BANKRUPTCY SECTION
U.S. Department of Justice
Washington, D.C. 20530

Both the Debtor and Debtor's Counsel shall be served when Debtor is a defendant in the case.

continued on reverse side or next page

In Chapter 11 cases, Creditors' Committee Counsel and Trustee, if any, shall also be served. In Chapter 13 cases, Chapter 13 Trustee shall be served.

**THIS CASE SHALL BE CALLED** in court on *February 3, 2021* **at 10:30 AM** in https://www.zoomgov.com/j/16021303488. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

**At That Time:**

**(1)** If the CERTIFICATE OF SERVICE IS NOT FILED ON OR BEFORE THE DUE DATE, THIS ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

**(2)** If the certificate of service is filed on or before the due date BUT NO RESPONSIVE PLEADING HAS BEEN FILED, DEFAULT JUDGMENT WILL BE ENTERED.

**(3)** If a responsive pleading has been filed by the due date, all counsel shall appear and a Pretrial Conference will be held. Counsel shall be prepared to discuss settlement. Objectives and scheduling as provided in Bankruptcy Rule 7016(a), (b), will be addressed. See FRCP 16(a), (b). Discovery periods will be established and dates for settlement/conciliation conferences, for summary judgment motions and responses and for trial will be fixed, if needed, at the Pretrial Conference. The Court will consider for discussion the subjects listed in Bankruptcy Rule 7016(c). See, FRCP 16(c).

**(4)** If the responsive pleading referred to in paragraph (3) is something other than an answer, all counsel shall appear and argument will be heard.

**(5)** If there is no issue of fact, the Court may dispose of the matter at such hearing, or on briefs, or as the Court may determine.

PLEADINGS FILED AFTER THE DUE DATE WILL NOT BE CONSIDERED BY THE COURT unless a motion to extend time has been filed and served and an Order granting such Motion has been signed PRIOR to the due date.

Federal Rule of Bankruptcy Procedure 7026 (Federal Rule of Civil Procedure 26) shall not apply to this Adversary Proceeding unless a party requests otherwise by written motion filed and served within 30 days hereof. Any objections to the motion must be filed and served within 14 days thereafter. The issues raised by the motion and/or response(s) shall be addressed at the First Pretrial Conference. **DISCOVERY COMMENCES AS OF THE DATE OF THIS ORDER.**

Dated: December 30, 2020

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court