# Notice Recipients

District/Off: 0315−1          User: jmar                    Date Created: 12/30/2020
Case: 20−01033−TPA            Form ID: 161                  Total: 1


**Recipients of Notice of Electronic Filing:**
aty          Tina M. Fryling          tinafryling@gmail.com

TOTAL: 1