Form 315

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Barbara Sanders** | : | Bankruptcy Case No.: 20–10500–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Adversary Proceeding No.: |
| **Barbara A. Sanders** | : | 20–01033–TPA |
| | : | First Pretrial Hearing: Feb. 3, 2021 at |
| | : | 10:30 AM |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Partners For Payment Relief DE IV, LLC** | : | |
| | : | |
| *Defendant(s).* | | |

### SUMMONS IN AN ADVERSARY PROCEEDING

**To: Partners For Payment Relief DE IV, LLC**
    **3748 West Chester Pike, Suite 103**
    **Newton Square, PA 19073**

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the Plaintiff's attorney or Plaintiff, if no attorney, a *Motion* or *Answer* to the *Complaint* which is attached to this Summons **within 30 days after the date of issuance of this Summons,** except that the United States and its officers and agencies shall submit a Motion or Answer to the *Complaint* within 35 days. **Electronic filing is mandatory** in the Western District of Pennsylvania for attorneys entering an appearance. See W.PA.LBR 5005–1.

                    Address of Clerk      Clerk, U.S. Bankruptcy Court
                                                      U.S. Courthouse, Room B160
                                                        17 South Park Row
                                                        Erie, PA 16501

If you file a Motion, then your time to answer the *Complaint* is governed by *Bankruptcy Rule 7012*.

***ANSWERS ARE DUE ON OR BEFORE January 29, 2021*** and ***N/A*** for the United States. ***FAILURE TO FILE*** an Answer may result in the Court entering a default judgment.

***IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.***

Dated: December 30, 2020                <u>Michael R. Rhodes</u>
                                                *Clerk, U.S. Bankruptcy Court*

