Case 20-01033-TPA    Doc 7    Filed 02/04/21    Entered 02/04/21 16:00:31    Desc Main
Document      Page 1 of 1

FILED
2/4/21 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10500-TPA |
| Barbara Sanders | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| Barbara A. Sanders | : | Adversary No.: | 20-01033-TPA |
| *Plaintiff(s).* | : | | |
| | : | Date: | 2/3/2021 |
| Partners For Payment Relief DE IV, LLC | : | Time: | 10:30 |
| *Defendant(s).* | : | | |

## PROCEEDING MEMO

**MATTER**  #1 Complaint to Determine Secured Status
#6 Answer by Partners For Payment Relief DE IV, LLC

**APPEARANCES:**
   Plaintiff(s):  Tina M. Fryling
   Defendant(s): Brian Nicholas
   Trustee:      Ronda J. Winnecour

**NOTES:**

Fryling:  Background of matters given. Entire mortgage is due and owing of $44,000. Trying to work on a modification. Husband is deceased and she wasn't aware of this.

Nicholas: This is a modification or nothing type plan.

**OUTCOME:**
   Standard Pretrial Order to be issued. Discovery open for  60  days.

*/s/ signature*

jlm