IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/5/21 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10500-TPA |
| Barbara A. Sanders | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| Barbara A. Sanders | : | Adversary No.: | 20-01033-TPA |
| *Plaintiff(s).* | : | Date: | 5/5/2021 |
| Partners For Payment Relief DE IV, LLC | : | Time: | 10:30 |
| *Defendant(s).* | : | | |

## PROCEEDING MEMO

**MATTER**     #12 Motion to Withdraw Adversary Complaint

**APPEARANCES:**

Plaintiff(s):    Tina M. Fryling
Defendant(s):   Maria Miksich
Trustee:        Ronda Winnecour

**NOTES:**

Fryling:    I did not receive consent to withdrawal.

Miksich:

**OUTCOME:**    #12 GRANTED

*/s/ Thomas P. Agresti*

jlm