FILED
5/5/21 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
    BARBARA SANDERS    )    Case No: 20-10500 - TPA
    Debtor    )    Judge Thomas P. Agresti
    )
_____    )    Adversary Number: 20-1033-TPA
    )    Chapter 13
    )
BARBARA A. SANDERS    )    Related to Document No. 12
    Plaintiff    )
    v.    )
PARTNERS FOR PAYMENT RELIEF DE IV, LLC    )
    Respondent    )
    )
    )

### ORDER ON MOTION TO WITHDRAW ADVERSARY COMPLAINT

AND NOW, to-wit, this  5th  day of _____May_____, 2021, upon consideration of the Debtors' Motion to Withdraw Adversary Complaint, it is herby ORDERED, ADJUDGED and DECREED that the Motion to Withdraw is Granted without prejudice.   The adversary complaint filed by Barbara A. Sanders against Partners for Payment Relief DE IV, LLC is hereby withdrawn.

_____
THOMAS P. AGRESTI
United States Bankruptcy Judge

Plaintiff shall serve a copy of this Order on the Chapter 13 Trustee by way of regular, First Class mail.  The Clerk shall close this Adversary.

United States Bankruptcy Court

Western District of Pennsylvania

Sanders,
    Plaintiff

Adv. Proc. No. 20-01033-TPA

Partners For Payment Relief DE IV, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Barbara A. Sanders, 2918 Gloth Avenue, Erie, PA 16504-1464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 06 2021 01:19:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 06 2021 01:19:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | May 06 2021 01:19:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| dft | + Email/Text: vhays@pprnoteco.com | May 06 2021 01:19:00 | Partners For Payment Relief DE IV, LLC, 3748 West Chester Pike, Suite 103, Newton Square, PA 19073-3252 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Partners For Payment Relief DE IV  LLC bnicholas@kmllawgroup.com |
| Tina M. Fryling | on behalf of Plaintiff Barbara A. Sanders tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 2